FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of Homeland Security
was received by me on *(date)*  08/23/2017

☐ I personally served the summons on the individual at *(place)*
                                                                                    on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                     , a person of suitable age and discretion who resides there,
on *(date)*                     , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                          , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                                                    on *(date)*                    ; or

☐ I returned the summons unexecuted because                                                         ; or

☒ Other *(specify):*  Summons served via certified mail on August 28, 2017.
                     (USPS tracking #70163560000108549508)

My fees are $              for travel and $              for services, for a total of $

I declare under penalty of perjury that this information is true.

Date:  09/06/2017

*Server's signature*

Na`eem Conway Managing Clerk
*Printed name and title*

914 3rd Avenue, 38th Fl., NY, NY 10022
*Server's address*

Additional information regarding attempted service, etc: