Jeremy M. Creelan
Tel 212-891-1678
Fax 212-891-1699
jcreelan@jenner.com

September 27, 2017

**VIA ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007


Re:   Brennan Center for Justice v. U.S. Department of Justice, 17-cv-6335

Dear Judge Forrest:

      We represent Plaintiffs Brennan Center for Justice and The Protect Democracy Project. We write on behalf of all parties to request respectfully that this Court (1) grant a 47-day extension of the deadline to file a joint letter regarding a briefing schedule from Friday, Sept. 29, 2017 to Wednesday, November 15, 2017, and (2) grant an adjournment of the initial pre-trial conference, currently scheduled for Wednesday, Oct. 4, 2017, for at least 30 days.

      The parties have conferred with regard to a proposed briefing schedule. The Government seeks the extensions requested in this letter in order to provide more time for Defendants U.S. Department of Justice, U.S. Department of Homeland Security, U.S. General Services Administration, and Office of Management and Budget (collectively, "Defendants") to conduct searches for responsive documents. The outcome of those searches will inform the parties' efforts to set a reasonable schedule for record production and briefing of any disputed issues.

      Plaintiffs consent to the Government's request subject to the understanding that the Government will continue to provide, on a rolling basis in the interim, information regarding the scope and outcome of the Defendants' searches for responsive documents. In particular, the parties have agreed the Government will seek in good faith to provide:

- Information regarding the scope of the record searches, including information regarding search terms and record custodians, by Tuesday, Oct. 10, 2017; and

- Information regarding the outcome of the record searches, including estimated volumes of responsive records, proposed deadlines for processing of those responsive records, and proposed dates for production of Vaughn documents, for

    o the Office of Management & Budget, the General Services Administration, the Civil Rights Division of the Department of Justice, and the Department of Homeland Security, by Monday, Oct. 23, 2017; and

- the Office of Information Policy and Office of Legal Counsel of the Department of Justice, by Monday, Nov. 13, 2017.

We further respectfully request that the initial pre-trial conference be rescheduled for Nov. 15 or 16, 2017, if the Court is available on one of those days.

Respectfully Submitted,

*/s/ Jeremy M. Creelan*

Jeremy M. Creelan