919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908

**JENNER&BLOCK** LLP

Jeremy M. Creelan
Tel  212 891-1678
jcreelan@jenner.com

January 3, 2018

**VIA ECF**

Honorable Katherine B. Forrest
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Brennan Center for Justice, et al. v. Dep't of Justice, et al., No. 17-cv-6335 (KBF)*

Dear Judge Forrest:

      We represent Plaintiffs Brennan Center for Justice at New York University School of Law and The Protect Democracy Project and write to apprise the Court that earlier today, President Trump signed an Executive Order disbanding the Presidential Advisory Commission on Election Integrity, effective immediately.  *See* Executive Order on the Termination of Presidential Advisory Commission on Election Integrity (Jan. 3, 2018), https://www.whitehouse.gov/presidential-actions/executive-order-termination-presidential-advisory-commission-election-integrity/.

      Plaintiffs will alert the Court and Defendants forthwith regarding Plaintiffs' position on their pending request for a preliminary injunction.

      We thank the Court for its attention to this matter.

Respectfully submitted,

 /s/ Jeremy M. Creelan
Jeremy M. Creelan

cc:  Assistant United States Attorney Casey Kyung-Se Lee (via ECF)