```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BRENNAN CENTER FOR JUSTICE and THE    :
PROTECT DEMOCRACY PROJECT,            :
                                      :
                        Plaintiffs,   :
                                      :
        -v-                           :      17-cv-6335 (KBF)
                                      :
U.S. DEPARTMENT OF JUSTICE, U.S.      :         ORDER
DEPARTMENT OF HOMELAND SECURITY,      :
OFFICE OF MANAGEMENT AND BUDGET,      :
and U.S. GENERAL SERVICES             :
ADMINISTRATION,                       :
                                      :
                        Defendants.   :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 7, 2018

KATHERINE B. FORREST, District Judge:

By Opinion & Order dated January 31, 2018, this Court denied plaintiffs' request for a preliminary injunction requiring the Department of Homeland Security ("DHS") to complete its disclosure not later than February 28, 2018. (ECF No. 42.) Given that plaintiffs have consented to defendants' proposed timelines for the remaining five agencies at issue (ECF No. 33 at 1-2; ECF No. 40), the Court believes that no further relief is warranted and that this action should be dismissed as moot. Plaintiffs are directed to inform the Court not later than **Wednesday, February 14, 2018** if they disagree with that assessment.

SO ORDERED.

Dated:   New York, New York
         February 7, 2018

                                            _____
                                                KATHERINE B. FORREST
                                                United States District Judge