UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
BRENNAN CENTER FOR JUSTICE and THE
PROTECT DEMOCRACY PROJECT,

                              Plaintiffs,

             -v-

U.S. DEPARTMENT OF JUSTICE, U.S.
DEPARTMENT OF HOMELAND SECURITY,
OFFICE OF MANAGEMENT AND BUDGET,
and U.S. GENERAL SERVICES
ADMINISTRATION,

                             Defendants.
------------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 13, 2018
```

17-cv-6335 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

      In light of the plaintiffs' letter at ECF No. 44 (and the apparent agreement of both parties), the Court is persuaded that this action is not moot at this time. The parties are hereby directed to file a joint letter regarding the status of this litigation not later than **Monday, August 13, 2018**. If any disputes should arise prior to that date that require the Court's attention, the parties are free to write the Court at that time.

      SO ORDERED.

Dated:    New York, New York
             February 13, 2018

                                                 _____
                                                    KATHERINE B. FORREST
                                                    United States District Judge