```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
BRENNAN CENTER FOR JUSTICE and THE                                 :
PROTECT DEMOCRACY PROJECT,                                         :
                                                                   :
                                     Plaintiffs,                   :
                                                                   :        17-cv-6335 (KBF)
            -v-                                                    :
                                                                   :            ORDER
U.S. DEPARTMENT OF JUSTICE, U.S.                                   :
DEPARTMENT OF HOMELAND SECURITY,                                   :
OFFICE OF MANAGEMENT AND BUDGET,                                   :
U.S. GENERAL SERVICES                                              :
ADMINISTRATION, and U.S. SOCIAL                                    :
SECURITY ADMINISTRATION,                                           :
                                                                   :
                                     Defendants.                   :
                                                                   :
------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 15, 2018

KATHERINE B. FORREST, District Judge:

The Court is in receipt of the supplemental complaint in this matter (ECF No. 53), as well as the supplemental answer (ECF No. 58). The parties are directed to file a joint letter not later than **Friday, June 22, 2018**, informing the Court whether they believe this matter is appropriately resolved on the papers. If so, the letter should include a proposed briefing schedule.

SO ORDERED.

Dated:   New York, New York
         June 15, 2018

_____
KATHERINE B. FORREST
United States District Judge