UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

BRENNAN CENTER FOR JUSTICE and THE
PROTECT DEMOCRACY PROJECT,

                        Plaintiffs,

         -v-

U.S. DEPARTMENT OF JUSTICE, U.S.
DEPARTMENT OF HOMELAND SECURITY,
OFFICE OF MANAGEMENT AND BUDGET,
U.S. GENERAL SERVICES
ADMINISTRATION, and U.S. SOCIAL
SECURITY ADMINISTRATION,

                      Defendants.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 20, 2018

17-cv-6335 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

      The parties are hereby directed to appear for a **telephonic** status conference on **Thursday, October 4, 2018, at 2:00 p.m.** The parties shall provide Chambers with a call-in number ahead of the conference, unless the Court orders otherwise.

      SO ORDERED.

Dated:    New York, New York
            August 20, 2018

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge