UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
BRENNAN CENTER FOR JUSTICE, and :  **SCHEDULING ORDER**
THE PROTECT DEMOCRACY PROJECT, :
:  17 Civ. 6335 (AKH)
Plaintiffs, :
:
-against- :
:
:
U.S. DEPARTMENT OF JUSTICE, :
U.S. DEPARTMENT OF HOMELAND :
SECURITY, U.S. GENERAL SERVICES :
ADMINISTRATION, and OFFICE OF :
MANAGEMENT AND BUDGET, :
:
Defendants. :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On October 12, 2018, the Court held an off-the-record status conference. The Plaintiffs shall file any motions on document production issues by October 19, 2018. Defendants shall file any opposition by October 26, 2018, and Plaintiffs shall file any reply by October 31, 2018. Oral argument shall be held on November 8, 2018, at 11 a.m.

The September 11, 2018 briefing schedule for motions for summary judgment, ECF 66, is rescinded. A new schedule for motions for summary judgment will await rulings on Plaintiffs' document production motions.

SO ORDERED.

Dated:   October 12, 2018
         New York, New York

                                                    _____
                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge