UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENNAN CENTER FOR JUSTICE, and THE PROTECT DEMOCRACY PROJECT,<br><br>                Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>U.S. GENERAL SERVICES ADMINISTRATION,<br>OFFICE OF MANAGEMENT AND BUDGET, and<br>U.S. SOCIAL SECURITY ADMINISTRATION,<br><br>                Defendants. | 17 Civ. 6335 (AKH)<br><br>**NOTICE OF MOTION FOR PARTIAL RECONSIDERATION** |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Their Motion for Partial Reconsideration of the Court's April 30, 2019 Opinion and Order Granting Partial Summary Judgment, Defendants, by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for partial reconsideration of its April 30, 2019 Opinion and Order granting partial summary judgment to Plaintiffs.

      Plaintiffs' response papers must be filed no later than June 11, 2019.  *See* Local Civil Rule 6.1(b).  Pursuant to Local Civil Rule 6.3, no oral argument shall be heard unless ordered by the Court.

2

Dated: New York, New York  
       May 28, 2019

GEOFFREY S. BERMAN  
United States Attorney for the  
Southern District of New York  
*Attorney for Defendants*

By:   <u>/s/ Casey K. Lee</u>  
     CASEY K. LEE  
     Assistant United States Attorney  
     86 Chambers Street, Third Floor  
     New York, New York 10007  
     Tel.: (212) 637-2714  
     Fax: (212) 637-2686  
     casey.lee@usdoj.gov