AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Brennan Center for Justice, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-06335-AKH |
| U.S. Department of Justice et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brennan Center for Justice; The Protect Democracy Project, Inc.

Date:  06/10/2019

/s/ Michael J. Wadden
*Attorney's signature*

Michael J. Wadden
*Printed name and bar number*

Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022
*Address*

mwadden@jenner.com
*E-mail address*

(212) 303-2526
*Telephone number*

(212) 891-1699
*FAX number*