919 THIRD AVENUE NEW YORK, NY 10022-3908

**JENNER&BLOCK** LLP

October 10, 2019

Carl N. Wedoff
Tel  +1 212 891 1653
CWedoff@jenner.com

**VIA ECF AND HAND DELIVERY**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re:   ***Brennan Center for Justice, et al. v. Dep't of Justice, et al.*, No. 17-cv-6335 (AKH)**

Dear Judge Hellerstein:

  We represent Plaintiffs Brennan Center for Justice and The Protect Democracy Project (together, "Plaintiffs") in the above-referenced Freedom of Information Act lawsuit. We write to bring to the Court's attention the enclosed referral letter sent by United States Senators Sheldon Whitehouse and Patrick Leahy, Members of the Judiciary Committee, to the Department of Justice Office of Professional Responsibility, alleging misleading statements in this and other litigation. On Friday, October 4, 2019, the Senators sought investigation into the conduct of John Gore, former Principal Deputy Assistant Attorney General of the Department of Justice Civil Rights Division and "other attorneys representing DOJ in matters involving Mr. Gore." Mr. Gore's use of private email to conduct DOJ business was addressed in the Court's enclosed Opinion and Order Granting Partial Summary Judgment (Dkt. 99). Plaintiffs notified Defendants of the referral letter on Monday, October 7, 2019. Defendants do not admit that the referral letter has any relevance to any unresolved issues in this litigation, or that any assertions or inferences in the referral letter are correct.

  Pursuant to the Order, the parties intend to file a joint letter to the Court reporting outstanding items of disagreement shortly.

  We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Carl N. Wedoff
Carl N. Wedoff

cc: Assistant U.S. Attorney Casey Lee (via ECF)