UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
Brennan Center for Justice, et al.,  :
 :
 :  **ORDER REGULATING PROCEEDINGS**
    Plaintiff,  :
 :
   -against-  :  17 Civ. 6335 (AKH)
 :
 :
US Department of Justice, et al.,  :
 :
    Defendants.  :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On October 23, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, this matter shall proceed as follows:

        Parties shall submit a joint letter on or before November 13, 2020, apprising the Court of the status of the proceeding. The parties are directed to appear for a status conference on December 4, 2020 at 10 a.m. The Court will notify the parties at a later date whether such conference will be held in-person or telephonically.

        SO ORDERED.

Dated:   October 23, 2020       _____/s/_____
           New York, New York      ALVIN K. HELLERSTEIN
                                                  United States District Judge