UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
BRENNAN CENTER FOR JUSTICE, *et al.*,　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Plaintiffs,　　　　　　　　　：　　**ORDER REGULATING**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　**PROCEEDINGS**
　　v.　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　17-cv-6335 (AKH)
U.S. DEPARTMENT OF JUSTICE, *et al.*,　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendants.　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

　　　　At the telephonic status conference held on December 4, 2020, the parties represented that they are close to a settlement. Settlement of issues other than fees shall be completed by December 18, 2020. Upon settlement, the parties shall file a stipulation for my signature pursuant to Rule 41 of the Federal Rules of Civil Procedure, resolving all issues other than fees. In the event that a settlement is not consummated, the parties shall appear for a status conference on December 18, 2020, at 10:30 a.m. The issue of fees is to be negotiated by the parties. If not resolved, the parties shall appear for a status conference on the issue of fees on March 26, 2021, at 10:00 a.m.

　　　　　　　　SO ORDERED.

Dated:　　　December 7, 2020　　　　　　　　　　　/s/ Alvin K. Hellerstein
　　　　　　　New York, New York　　　　　　　　　　ALVIN K. HELLERSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge