

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 9, 2021

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

> The status conference scheduled for June 11, 2021, is adjourned to July 9, 2021, at 10:00 a.m. The parties are hereby ordered to provide the Court a status update by June 28, 2021.
>
> So ordered.
> /s/ Hon. Alvin K. Hellerstein
> June 10, 2021

Re:   *Brennan Center for Justice v. U.S. Department of Justice*, 17-cv-6335

Dear Judge Hellerstein:

    This Office represents the defendants in the above-referenced matter. We write respectfully on behalf of all parties to provide the Court with an update on the plaintiffs' demand for attorneys' fees and costs under 5 U.S.C. § 552(a)(4)(E). The parties have continued to confer in an effort to resolve this issue, and believe they are close to reaching an agreement. Once the parties reach an agreement, however, the Government will need additional time to obtain approval of a proposed stipulation and order of dismissal. Based on the foregoing, we respectfully request permission to submit a proposed stipulation and order of dismissal resolving the plaintiffs' fee demand or a further status update should the parties be unable to reach a resolution on or before June 28, 2021. The parties are available to appear for the status conference currently scheduled for June 11, 2021 (ECF No. 137), but respectfully request the Court accept his letter in lieu of an appearance and adjourn the status conference to a date after June 28, 2021.

    We thank the Court for its attention to this matter and consideration of this request.

    Respectfully,

    AUDREY STRAUSS
    United States Attorney

By: /s/ Christine S. Poscablo
    CHRISTINE S. POSCABLO
    Assistant United States Attorney
    (212) 637-2674

cc: All Counsel of Record